AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

## WESTERN DISTRICT OF MICHIGAN

United States of America
v.
THOMAS RANDALL KENT

)
)
)
)
)
)
)

Case No: 1:07cr261-02

USM No: 42120-039

Anna R. Rapa
*Defendant's Attorney*

Date of Original Judgment: 06/26/2008
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

# ORDER REGARDING MOTION FOR SENTENCE REDUCTION
# PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of     6/26/2008                    months **is reduced to**     96 months                    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     06/26/2008     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:     11/05/2015                              /s/Robert J. Jonker
                                                        *Judge's signature*

Effective Date:     11/01/2015                          Robert J. Jonker, Chief United States District Judge
*(if different from order date)*                        *Printed name and title*