FILED - GR
March 6, 2017 11:32 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __ns__/____ Scanned: /MK 3/7/17

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

THOMAS RANDALL KENT,

    Defendant,

and

LYNDA ANDERSON,

    Garnishee.

_____/

Case No. 1:07CR261-02

Hon. Robert J. Jonker
United States District Judge

## ANSWER OF THE GARNISHEE

LYNDA SUE ANDERSON, BEING DULY SWORN DEPOSES AND SAY:
    (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:
    That he/she is Garnishee herein doing business in the name of

NOT IN BUSINESS
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:
    That he/she is a member of _____, a partnership,

of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:
    That he/she is the (State Official Title) _____ of Garnishee,

_____ a corporation, organized under the law of the State of

_____.

On __February 18__, 201_7_, Garnishee was served with the Writ of Continuing Garnishment.

For the pay period in effect on the date of service (shown above):

Yes    No

___   _X_   1.   Defendant was in my/our employ.

___   _X_   2.   Pay period is ___ weekly, ___ bi-weekly

___ semi-monthly, ___ monthly,

Enter date present pay period began. _____ (Present means the pay period in which this order and notice of garnishment were served)

___   _X_   3.   Wage garnishment is limited to twenty-five percent (25%) of disposable Earnings, subject to Section 303 of the Consumer Protection Act. 28 U.S.C. § 3002(9) and 15 U.S.C. § 1673. "Disposable earnings" means That part of earnings remaining after all deductions required by law have been withheld. 28 U.S.C. §3002(5). The "non-exempt disposable earnings" subject to this writ of garnishment are set forth on the attached

___   _X_   4.   Have there been previous garnishments?

If the answer is yes, describe below.

_____

_____

~~5.~~ ✳ *SEE Explanation at bottom of this page.*

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Defendant's Interest In Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipated owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimated date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

____ [The Garnishee makes the following claim of exemption on the part of the Defendant:]

____ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Thomas Randall Kent and that the Garnishee did not have in

✳ ON 12-12-16 THE Applicable Michigan Six year statute of Limitation RAN ON THE Attached promissory note because NO payments had been made in over Six years.

Purchase aggrement to Buy B.C. Burger:

Eugene and Lynda Anderson are buying back B.C. Burger Per # 5370-00-147-0 located at 78 Calhoun St. Battle Creek Michigan for the amount of $75,000.00, $25,000.00 paid to Tom Kent 12-11-07, $50,000.00 paid in payments over a three year balloon to Tom Kent or whom ever he designates to receive payments on his behalf. Purchase price includes Land, Building, all Equipment & B.C. Burger Name. Eugene & Lynda are responsible for all property taxes due. Any other claims steming from Tom Kent Involment with B.C. Burger prior to this date 12-11-07 will be the responsibility of Tom and be deducted from the principle owed.

December 11 2007

[signature]

[signature]

SUSAN M SMITH
Notary Public - Michigan
Calhoun County
My Commission Expires Oct 2, 2012
Acting in the County of _____

Lynda Anderson                12-11-07

his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the defendant, judgment-debtor, Thomas Randall Kent and (2) the attorney for the United States, Jennifer S. Murnahan, Assistant United States Attorney, P. O. Box 208, Grand Rapids, MI 49501-0208.

*LyndaSue Anderson*
Garnishee

Subscribed and sworn to before me this
4th day of March 2017.

*Annette F. Glaser*
Notary Public  Annette F. Glaser
(Seal)

My Commission expires: 04/05/2017

